[Nos. 30348-5-II; 30351-5-II;    Division Two.    March 8, 2005.]
30358-2-II; 31558-1-II;
31568-8-II; 31571-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. ELLSWORTH, *Appellant*.

Appeals from judgments of the Superior Court for Mason County, Nos. 03-1-00083-3, 03-1-00017-5, and 02-1-00476-8, James B. Sawyer II, J., entered May 9 and 16, 2003 and March 15 and 25, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 30572-1-II.    Division Two.    March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NEIL RICHARD VANDERPOL, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00109-0, Kenneth D. Williams, J., entered June 12, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 30732-4-II.    Division Two.    March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN HILLSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01447-0, Beverly Grant, J., entered August 7, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.